**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| LEDCOMM LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 2:21-cv-03208 ) |
| WESTINGHOUSE LIGHTING CORPORATION, Defendant. | ) **JURY TRIAL DEMANDED** ) ) ) ) |

**PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, LedComm LLC, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Respectfully submitted,

Dated: July 19, 2021

STAMOULIS & WEINBLATT LLC
*and*
LEE SULLIVAN SHEA & SMITH LLP

By: */s/ Richard C. Weinblatt*
Richard C. Weinblatt
PA Bar No. 87932
Stamoulis & Weinblatt LLC
800 N. West Street, Third Floor
Wilmington, DE 19801
Tel: (302) 999-1540
weinblatt@swdelaw.com

Cole B. Richter (*pro hac vice* forthcoming)
richter@ls3ip.com
Jae Y. Pak (*pro hac vice* forthcoming)
pak@ls3ip.com
David R. Grosby (*pro hac vice* forthcoming)
grosby@ls3ip.com
LEE SULLIVAN SHEA & SMITH LLP
656 West Randolph Street, Floor 5W
Chicago, IL 60661
Tel: (312) 754-0002
Fax: (312) 754-0003

***Attorneys for Plaintiff
LedComm LLC***