AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| LEDCOMM LLC | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No.   21-3208 |
| WESTINGHOUSE LIGHTING CORPORATION | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Westinghouse Lighting Corporation

12401 McNulty Road

Philadelphia, PA 19154

Attn:  Raymond Angelo, President

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
RICHARD C. WEINBLATT
STAMOULIS & WEINBLATT LLC
800 N. West Street, Third Floor
WILMINGTON, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

Date: _____ 7/20/2021

s/*Brian J. Weissman*
*Signature of Clerk or Deputy Clerk*

Kate Barkman, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 21-3208

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Westinghouse Lighting Corporation

was received by me on *(date)*  7/20/2021  .

☐ I personally served the summons on the individual at *(place)*

on *(date)*  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*  , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*  , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*  ; or

☐ I returned the summons unexecuted because  ; or

☑ Other *(specify):* Personally served a Summons and Complaint with supporting documents on Westinghouse Lighting Corporation, 12401 McNulty Road, Philadelphia, PA 19154, Attn: Raymond Angelo, President via certified mail/return receipt on 7/20/2021 -tracking number 7021 0350 0001 4409 2637

My fees are $  for travel and $  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  07/20/2021

*Server's signature*

John Garber - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801

*Server's address*

Additional information regarding attempted service, etc:

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Westinghouse Lighting Corporation
12401 McNulty Road
Philadelphia, PA 19154
Attn: Raymond Angelo, President

|||||||||||||||||||||||||||||||||||||||||||||||||
9590 9402 3726 7335 6901 04

2. Article Number *(Transfer from service label)*

7021 0350 0001 4409 2637

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X  C19
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*
5442

C. Date of Delivery
7/27

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt