IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEDCOMM LLC,<br>        Plaintiff,<br><br>v.<br><br>WESTINGHOUSE LIGHTING CORPORATION,<br>        Defendant. | **ORDER GRANTING JOINT UNCONTESTED MOTION FOR AN EXTENSION OF TIME TO ANSWER THE COMPLAINT**<br><br>Civil Action No. 2:21-cv-3208 |

## ORDER GRANTING JOINT UNCONTESTED MOTION FOR AN EXTENSION OF TIME TO ANSWER THE COMPLAINT

On this 13th day of August 2021, came for consideration Plaintiff LedComm LLC ("Plaintiff") and Defendant Westinghouse Lighting Corporation ("Defendant") (collectively, "Parties") Joint Uncontested Motion for an Extension of Time to Answer the Complaint. After considering the same, the court is of the opinion that the motion should be GRANTED and hereby ORDERS that the deadline for Defendant Westinghouse Lighting Corporation to move, answer, or otherwise respond to Plaintiff's Complaint is hereby extended up to and including October 1, 2021.

/s/Joel H. Slomsky, J.
THE HONORABLE JOEL H. SLOMSKY
UNITED STATES DISTRICT JUDGE