IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEDCOMM LLC | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| WESTINGHOUSE | : | No.: 2:21-cv-3208 |

ORDER

AND NOW, this        day of                        20 21 , it is hereby

ORDERED that the application of  Jae Y. Pak                                      , Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____
, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system.  Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:21-cv-3208

**APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I. APPLICANT'S STATEMENT

I, **Jae Y. Pak** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Illinois | 11/05/2015 | 6321249 |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| N.D. IL | 05/10/2016 | 6321249 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for

(Applicant's Signature)

08/30/2021
(Date)

Name of Applicant's Firm: Lee Sullivan Shea & Smith LLP
Address: 656 W Randolph Street, STE 5W
Telephone Number: (312) 754-0002
Email Address: pak@ls3ip.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/30/2021
(Date)

(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Jae Y. Pak to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Richard C. Weinblatt | *Richard C. Weinblatt* | 11/2001 | 87932 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Stamoulis & Weinblatt LLC

800 N. West Street, Third Floor

Wilmington, DE 19801; (302) 999-1540

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 17, 2021                                    *Richard C. Weinblatt*
                    (Date)                                                   (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LEDCOMM LLC | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| WESTINGHOUSE LIGHTING | : | No.: 2:21-cv-3208 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Jae Y. Pak**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

A copy of the foregoing was filed with the Court's electronic filing system to be served electronically upon all counsel of record in this matter.

_____
(Signature of Attorney)
**Richard C. Weinblatt**
(Name of Attorney)
**LedComm LLC**
(Name of Moving Party)
**09/17/2021**
(Date)