IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEDCOMM LLC,<br><br>      Plaintiff,<br> v.<br><br>WESTINGHOUSE LIGHTING CORPORATION,<br><br>      Defendant. | CIVIL ACTION<br>NO. 21-03208 |

### ORDER

**AND NOW**, this 29th day of September 2021, upon consideration of Plaintiff's Joint Motion for an Extension of Time for Defendant to File an Answer (Doc. No. 11), it is **ORDERED** that Plaintiff's Motion (Doc. No. 11) is **GRANTED**. Defendant shall file a response by November 1, 2021.

                BY THE COURT:

                /s/ Joel H. Slomsky
                JOEL H. SLOMSKY, J.