IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEDCOMM LLC,<br><br>                     Plaintiff,<br><br>   v.<br><br>WESTINGHOUSE LIGHTING CORPORATION<br><br>                     Defendant. | CIVIL ACTION<br>NO. 21-3208 |

## ORDER

**AND NOW**, this 8th day of November 2021, it is **ORDERED** that a **PRETRIAL CONFERENCE** shall be held November 30, 2021 at 4:00 p.m. via telephone conference. The Court will provide the call-in information by e-mail to all participants.

**IT IS FURTHER ORDERED** as follows:

1. The parties shall make the required initial disclosures under Fed. R. Civ. P. 26(a) within 14 days of the date of this Order.

2. The parties shall commence discovery immediately because it is expected that the parties shall have conducted substantial discovery before the Rule 16 conference.

3. Counsel shall consult and shall complete and file with the Clerk the required Report of the Rule 26(f) Meeting incorporating all the information described in Judge Slomsky's form Report on or before November 26, 2021.

4. Counsel shall follow Judge Slomsky's Policies and Procedures which can be found at www.paed.uscourts.gov.

                                                                               **BY THE COURT:**

                                                                    /s/Joel H. Slomsky, J.
                                                                    JOEL H. SLOMSKY, J.