IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Civil Action No. 2:21-cv-3208

| | |
|---|---|
| LEDCOMM LLC,<br>           Plaintiff,<br><br>v.<br><br>WESTINGHOUSE LIGHTING<br>CORPORATION,<br>           Defendant. | NOTICE OF SERVICE<br><br>***<br><br>JURY TRIAL DEMANDED |

 PLEASE TAKE NOTICE that, on November 23, 2021, a true and correct copy of Plaintiff LedComm LLC's Initial Disclosures Pursuant to Rule 26(a)(1) was served on the below-listed counsel of record for Defendant Westinghouse Lighting Corporation via electronic mail:

John D. Simmons
Panitch Schwarze
Wells Fargo Tower
2200 Concord Pike
Suite 201
Wilmington, DE 19803
jsimmons@panitchlaw.com

Robert Whitman
King & Wood Mallesons
50th Floor
500 Fifth Avenue
New York, NY 10110
Robert.whitman@us.kwm.com

Respectfully submitted,

Dated: November 23, 2021

/s/ *Richard C. Weinblatt*

Richard C. Weinblatt
PA Bar No. 87932
**STAMOULIS & WEINBLATT LLC**
800 N. West Street, Third Floor
Wilmington, DE 19801
Tel: (302) 999-1540
Fax: (302) 762-1688
weinblatt@swdelaw.com

Cole B. Richter (*pro hac vice* forthcoming)
richter@ls3ip.com
Jae Y. Pak (*pro hac vice* forthcoming)
pak@ls3ip.com
David R. Grosby (*pro hac vice* forthcoming)
grosby@ls3ip.com
**LEE SULLIVAN SHEA & SMITH LLP**
656 West Randolph Street, Floor 5W
Chicago, IL 60661
Tel: (312) 754-0002
Fax: (312) 754-0003

*ATTORNEYS FOR PLAINTIFF*