IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEDCOMM LLC<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>WESTINGHOUSE LIGHTING CORPORATION<br><br>　　　　　　Defendant. | CIVIL ACTION<br>NO. 21-3208 |

## ORDER

**AND NOW,** this 29th day of November 2021, it is **ORDERED** that the pretrial conference scheduled for Tuesday, November 30, 2021 is **RESCHEDULED** for Monday, December 13, 2021 at 4:00 p.m.  The Court will provide the call-in information by e-mail to all counsel of record.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/Joel H. Slomsky, J.
　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.