IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEDCOMM LLC,<br><br>               Plaintiff,<br>   v.<br><br>WESTINGHOUSE LIGHTING CORPORATION,<br><br>               Defendant. | CIVIL ACTION<br>NO. 21-03208 |

# **ORDER**

**AND NOW**, this 1st day of December 2021, upon consideration of the Motion for Admission Pro Hac Vice of Robert Whitman, Esquire, to appear on behalf of Defendant Westinghouse Lighting Corporation (Doc. No. 20), it is **ORDERED** that the Motion for Pro Hac Vice Admission (Doc. No. 20) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.