IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEDCOMM LLC,<br><br>                Plaintiff,<br>    v.<br><br>WESTINGHOUSE LIGHTING CORPORATION,<br><br>                Defendant. | CIVIL ACTION<br>NO. 21-03208 |

## **ORDER**

**AND NOW**, this 2nd day of December 2021, upon consideration of the Motion for Admission Pro Hac Vice of Cole B. Richter, Esquire, to appear on behalf of Plaintiff Ledcomm LLC (Doc. No. 22), it is **ORDERED** that the Motion for Pro Hac Vice Admission (Doc. No. 22) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.